**Clarissa Urias INZUNZA, aka Clariza Urias–Inzunza, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–72341.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2016.*

Filed April 18, 2016.

Clariza Urias–Inzunza, Matthew Harrison Green, Esquire, Law Offices of Matthew H. Green, Tucson, AZ, for Petitioner.

Tim Ramnitz, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: D.W. NELSON, O'SCANNLAIN, and TROTT, Circuit Judges.

ORDER **

Urias Inzunza petitions for review of the Board of Immigration Appeals' decision that she was not entitled to a favorable exercise of discretion in connection with her application for cancellation of removal. 8 U.S.C. § 1252(a)(2)(B)(i) precludes judicial review of such a determination.

PETITION DISMISSED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Circuit Rule 36–3.

